**No. 45987.**—Protests 958086–G, etc., of Fred S. Ehrlich & Co. et al. (Los Angeles).

Opinion by CLINE, J. It was stipulated that the ginger root in question is similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

**No. 45988.**—Protest 37062–K of Coffee Products of America, Inc., Ltd. (Los Angeles).

Opinion by CLINE, J. It was stipulated that the ginger root in question is similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

**No. 45989.**—Protests 3641–K, etc., of Coffee Products of America, Inc., et al. (Los Angeles).

Opinion by CLINE, J. It was stipulated that the ginger root in question is similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

**No. 45990.**—Protests 41301–K, etc., of United States Rubber Co. (Providence).

Opinion by CLINE, J. There was no appearance on the part of the plaintiff when these protests were called for hearing. On the records presented the protests were overruled.

MAY 27, 1941

**No. 45991.**—Protest 959571–G of Paramount Pictures, Inc. C. D. 461. Application by plaintiff for rehearing denied.

**No. 45992.**—Protest 913766–G of Arthur N Cook. C. D. 442. Application by plaintiff for rehearing denied. Application by Government granted and protest dismissed.

MAY 28, 1941

**No. 45993.**—SUIT 4315.— *United States* v. *P. R. Dreyer, Inc.* C. D. 301 reversed. C. A. D. 162.

MAY 29, 1941

**No. 45994.**—SUIT 4314.—*A. M. Elizalde* v. *United States.* C. D. 286 affirmed. C. A. D. 166.

JUNE 3, 1941

**No. 45995.**—SUIT 4327.—*F. W. Myers & Co., Inc.* v. *United States.* C. D. 342 affirmed. C. A. D. 167.